# Exhibit "A"

**HARRISON & CHRISTOS**
*Attorneys at Law*
1306 RIVER AVENUE, SUITE 11
LAKEWOOD, NJ 08701
732-367-7808
*Attorney for Plaintiff(s)*

| | |
|---|---|
| RYAN MAGNOTTA, an infant by his parents and guardians ad litem, LIVIO MAGNOTTA and DAWN MAGNOTTA<br>Plaintiff,<br><br>vs.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION; SIX FLAGS GREAT ADVENTURE; JOHN DOE (S) 1-10 and/or XYZ CO(S) 2-10,<br>Defendants, | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION:<br>OCEAN COUNTY<br><br>DOCKET NO: OCN-L-2496-20<br><br>*Civil Action*<br><br>SUMMONS |

From the State of New Jersey to the Defendant(s) named above: **SIX FLAGS GREAT ADVENTURE**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer of motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee*payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is file. You must also send a copy of the your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: 12/5/20

/s/ _____
MICHELLE M. SMITH, Acting Clerk Superior Clerk

Name of Defendant to be Served: **SIX FLAGS GREAT ADVENTURE**
Address of Defendant to be Served: C/O Corporation Service Company, RA, Princeton South Corporate Center, 10 Charles Ewing Blvd, Suite 160, Ewing, NJ 08628
$135.00 FOR CHANCERY DIVISION CASES OR $135.00 FOR LAW DIVISION CASES

# LAWYER REFERRAL AND LEGAL AID SERVICES

**ATLANTIC COUNTY**
Lawyer Referral Services
(609) 345-3444
Legal Services
(609) 348-4200

**BERGEN COUNTY**
Lawyer Referral Services
(201) 488-0044
Legal Services
(201) 487-2166

**BURLINGTON COUNTY**
Lawyer Referral Services
(609) 261-4862
Legal Services
(609) 261-1088

**CAMDEN COUNTY**
Lawyer Referral Services
(856) 964-4520
Legal Services
(856) 964-2010

**CAPE MAY COUNTY**
Lawyer Referral Services
(609) 463-0313
Legal Services
(609) 465-3001

**CUMBERLAND COUNTY**
Lawyer Referral Services
(856) 692-6207
Legal Services
(856) 451-0003

**ESSEX COUNTY**
Lawyer Referral Services
(973) 622-6207
Legal Services
(973) 624-4500

**GLOUCESTER COUNTY**
Lawyer Referral Services
(856) 848-4589
Legal Services
(856) 848-5360

**HUDSON COUNTY**
Lawyer Referral Services
(201) 798-2727
Legal Services
(201) 792-6363

**HUNTERDON COUNTY**
Lawyer Referral Services
(908) 735-2611
Legal Services
(908) 782-7979

**MERCER COUNTY**
Lawyer Referral Services
(609) 585-6200
Legal Services
(609) 695-6249

**MIDDLESEX COUNTY**
Lawyer Referral Services
(732) 828-0053
Legal Services
(732) 249-7600

**MONMOUTH COUNTY**
Lawyer Referral Services
(732) 431-5544
Legal Services
(732) 866-0020

**MORRIS COUNTY**
Lawyer Referral Services
(973) 267-5882
Legal Services
(973) 285-6911

**OCEAN COUNTY**
Lawyer Referral Services
(732) 240-3666
Legal Services
(732) 341-2727

**PASSAIC COUNTY**
Lawyer Referral Services
(973) 278-9223
Legal Services
(973) 345-7171

**SALEM COUNTY**
Lawyer Referral Services
(856) 935-5628
Legal Services
(856) 451-0003

**SOMERSET COUNTY**
Lawyer Referral Services
(908) 685-2323
Legal Services
(908) 231-0840

**SUSSEX COUNTY**
Lawyer Referral Services
(973) 267-5882
Legal Services
(973) 383-7400

**UNION COUNTY**
Lawyer Referral Services
(908) 353-4715
Legal Services
(908) 354-4340

**WARREN COUNTY**
Lawyer Referral Services
(973) 267-5882
Legal Services
(973) 475-2010

HARRISON & CHRISTOS
*Attorney at Law*
1306 River Avenue
Lakewood, NJ 08701
732-367-7808
Attorney for Plaintiff
#018481975

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION:   OCEAN   COUNTY

RYAN MAGNOTTA, an infant by his parents and guardians ad litem, LIVIO MAGNOTTA and DAWN MAGNOTTA
   Plaintiff,
vs.

SIX FLAGS ENTERTAINMENT CORPORATION; SIX FLAGS GREAT ADVENTURE; JOHN DOE (S) 1-10 and/or XYZ CO(S) 2-10,
   Defendants,

DOCKET NO: OCN-L-2496-20

*Civil Action*

COMPLAINT

  Plaintiffs, RYAN MAGNOTTA, JR., an infant by his guardians ad litem, LIVIO MAGNOTTA. AND DAWN MAGNOTTA, residing 156 7TH Ave., Township of Brick, County of Ocean and State of New Jersey, complaining of the defendants, allege and say:

### FIRST COUNT

  1. At all times hereinafter mentioned, defendants, SIX FLAGS ENTERTAINMENT CORPORATION; SIX FLAGS GREAT ADVENTURE; JOHN DOE(S) 1-10 and/or XYZ CO(S) 2-10, same being fictitious as the correct names of said persons, partnerships, corporations and/or other business entities have not as yet been ascertained, jointly and/or severally, owned, leased, operated, maintained, supervised and/or were otherwise in control of a

certain amusement park known as Defendant Six Flags Great Adventure in the Township of Jackson, County of Ocean and State of New Jersey.

2. On or about October 26, 2018, the infant Plaintiff RYAN MAGNOTTA, a business invitee, slipped and/or fell on an indoor wet surface in the area of the Justice League ride at Defendant's premises.

3. Defendants aforesaid, jointly and/or severally, were negligent, careless and/or reckless in the ownership, leasing, operation, maintenance, supervision and/or control of their premises including said wet surface so as to cause the infant Plaintiff to slip and/or fall.

4. As a direct and proximate result of the negligence of the defendants aforesaid, jointly and/or severally, infant plaintiff, RYAN MAGNOTTA, JR., was caused to sustain severe and permanent injuries to various parts of his body, including the nervous system. Plaintiff was, and will in the future be, caused to sustain great pain and suffering, including mental anguish. As a result of his injuries, plaintiff has been, and will in the future be, compelled to expend great sums of money for medical aid and attention in an effort to cure himself.

**WHEREFORE,** infant plaintiff, RYAN MAGNOTTA, JR., hereby demands judgment against the defendants aforesaid, jointly and/or severally, together with interest, costs of suit and counsel fees.

## SECOND COUNT

1. Plaintiffs, LIVIO MAGNOTTA and DAWN MAGNOTTA, hereby repeat, reiterate and reallege each and every allegation contained in the First Count as if set forth at length herein and make them a part hereof.

2. Plaintiffs, LIVIO MAGNOTTA and DAWN MAGNOTTA, aver that they were, at the time of the aforementioned incident, and at the present time are, the parents of the plaintiff, RYAN MAGNOTTA.

3. By reason of the aforesaid, plaintiffs, LIVIO MAGNOTTA and DAWN MAGNOTTA, have been and will in the future be deprived of the comfort, companionship and society of their son, infant plaintiff, RYAN MAGNOTTA.

**WHEREFORE**, plaintiffs, LIVIO MAGNOTTA and DAWN MAGNOTTA, demand judgment against the defendants aforesaid, jointly and/or severally, for compensatory damages together with interest, costs of suit and counsel fees.

### JURY DEMAND

Plaintiff herein hereby demands a trial by jury as to all issues.

### DEMAND FOR ANSWERS TO UNIFORM INTERROGATORIES

Pursuant to R.4:17-2, plaintiff(s) hereby demand defendant(s) to provide answers to Form C and C(1) *or* C(2), which ever may be applicable, Uniform Interrogatories within the time prescribed by the New Jersey Court Rules.

### DEMAND FOR INSURANCE INFORMATION

Pursuant to R.4:10-2(b) demand is hereby made of defendant(s) to disclose whether there are any insurance agreements or policies under which an insurance company or firm may be liable to satisfy any judgment which may be entered against the defendant(s) in this action. If so, advise the undersigned under oath or certification (a) name and address of insurer(s), (b) policy number(s), (c) dates of coverage, (d) named insureds personal injury liability limits, and (e) claim number pertaining to this cause of action.

## CERTIFICATION

I certify that the matter in controversy is not the subject of any other action in any court or of a pending arbitration proceeding and, to the best of my knowledge, none is contemplated at this time.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, the undersigned is hereby designated as trial counsel.

_____
MARK S. HARRISON, ESQ.
Attorney for Plaintiff

# Civil Case Information Statement

### Case Details: OCEAN | Civil Part Docket# L-002496-20

**Case Caption:** MAGNOTTA RYAN VS SIX FLAGS ENTERTAINM ENT CORP
**Case Initiation Date:** 10/23/2020
**Attorney Name:** MARK S HARRISON
**Firm Name:** HARRISON & CHRISTOS
**Address:** 1306 RIVER AVE STE 11
LAKEWOOD NJ 08701
**Phone:** 7323677808
**Name of Party:** PLAINTIFF : MAGNOTTA, RYAN
**Name of Defendant's Primary Insurance Company (if known):** Unknown

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** YES

**Are sexual abuse claims alleged by: RYAN MAGNOTTA?** NO

**Are sexual abuse claims alleged by: LIVIO MAGNOTTA?** NO

**Are sexual abuse claims alleged by: DAWN MAGNOTTA?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
   **If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** NO
   **If yes, for what language:**


**Please check off each applicable category: Putative Class Action?** NO **Title 59?** NO **Consumer Fraud?** NO


I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

10/23/2020 /s/ MARK S HARRISON
Dated Signed

```
OCEAN COUNTY SUPERIOR COURT
OCEAN COUNTY COURTHOUSE
CIVIL LAW DIVISION
TOMS RIVER         NJ 08754
                                       TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (732) 504-0700
COURT HOURS  8:30 AM - 4:30 PM

                          DATE:  OCTOBER 23, 2020
                          RE:    MAGNOTTA RYAN VS SIX FLAGS ENTERTAINMENT CORP
                          DOCKET: OCN L -002496 20

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS  300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON JAMES DEN UYL

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    002
AT:  (732) 504-0700 EXT 64385.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                          ATTENTION:
                                       ATT: MARK S. HARRISON
                                       HARRISON & CHRISTOS
                                       1306 RIVER AVE
                                       STE 11
                                       LAKEWOOD         NJ 08701


JUQKEN1
```

# Civil Case Information Statement
## (CIS)

Use for Initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed**

For Use by Clerk's Office Only
Payment type: ☐ ck ☐ cg ☐ ca
Chg/Ck Number:
Amount:
Overpayment:
Batch Number:

| Attorney/Pro Se Name | Telephone Number | County of Venue |
|---|---|---|
| MARK S. HARRISON, ESQ./ID.018481975 | (732) 367-7808 | Ocean |

| Firm Name (if applicable) | Docket Number (when available) |
|---|---|
| HARRISON & CHRISTOS | OCN-L-2496-20 |

| Office Address | Document Type |
|---|---|
| 1306 RIVER AVENUE/SUITE 11 LAKEWOOD, NJ 08701 | COMPLAINT |

Jury Demand: ■ Yes ☐ No

| Name of Party (e.g., John Doe, Plaintiff) | Caption |
|---|---|
| RYAN MAGNOTTA | MAGNOTTA V. SIX FLAGS ENTERTAINMENT |

| Case Type Number (See reverse side for listing) | Are sexual abuse claims alleged? | Is this a professional malpractice case? ☐ Yes ■ No |
|---|---|---|
| 605 | ☐ Yes ■ No | If you have checked "Yes," see *N.J.S.A.* 2A:53A-27 and applicable case law regarding your obligation to file an affidavit of merit. |

Related Cases Pending? ☐ Yes ■ No
If "Yes," list docket numbers

Do you anticipate adding any parties (arising out of same transaction or occurrence)? ■ Yes ☐ No

Name of defendant's primary insurance company (if known): ☐ None ■ Unknown

**The Information Provided on This Form Cannot be Introduced into Evidence.**

Case Characteristics for Purposes of Determining if Case is Appropriate for Mediation

| Do parties have a current, past or recurrent relationship? | If "Yes," is that relationship: |
|---|---|
| ☐ Yes ■ No | ☐ Employer/Employee ☐ Friend/Neighbor ☐ Other (explain) ☐ Familial ☐ Business |

Does the statute governing this case provide for payment of fees by the losing party? ☐ Yes ■ No

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition

Do you or your client need any disability accommodations? ■ Yes ☐ No
If yes, please identify the requested accommodation: TO BE DETERMINED

Will an interpreter be needed? ☐ Yes ■ No
If yes, for what language?

I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

Attorney Signature: /s/

**Side 2**

# Civil Case Information Statement
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days discovery

| | | | |
|---|---|---|---|
| 151 | Name Change | 506 | PIP Coverage |
| 175 | Forfeiture | 510 | UM or UIM Claim (coverage issues only) |
| 302 | Tenancy | 511 | Action on Negotiable Instrument |
| 399 | Real Property (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction) | 512 | Lemon Law |
| | | 801 | Summary Action |
| 502 | Book Account (debt collection matters only) | 802 | Open Public Records Act (summary action) |
| 505 | Other Insurance Claim (including declaratory judgment actions) | 999 | Other (briefly describe nature of action) |

### Track II - 300 days discovery

| | | | |
|---|---|---|---|
| 305 | Construction | 603Y | Auto Negligence – Personal Injury (verbal threshold) |
| 509 | Employment (other than Conscientious Employees Protection Act (CEPA) or Law Against Discrimination (LAD)) | 605 | Personal Injury |
| | | 610 | Auto Negligence – Property Damage |
| 599 | Contract/Commercial Transaction | 621 | UM or UIM Claim (includes bodily injury) |
| 603N | Auto Negligence – Personal Injury (non-verbal threshold) | 699 | Tort – Other |

### Track III - 450 days discovery

| | | | |
|---|---|---|---|
| 005 | Civil Rights | 608 | Toxic Tort |
| 301 | Condemnation | 609 | Defamation |
| 602 | Assault and Battery | 616 | Whistleblower / Conscientious Employee Protection Act (CEPA) Cases |
| 604 | Medical Malpractice | | |
| 606 | Product Liability | 617 | Inverse Condemnation |
| 607 | Professional Malpractice | 618 | Law Against Discrimination (LAD) Cases |

### Track IV - Active Case Management by Individual Judge / 450 days discovery

| | | | |
|---|---|---|---|
| 156 | Environmental/Environmental Coverage Litigation | 514 | Insurance Fraud |
| 303 | Mt. Laurel | 620 | False Claims Act |
| 508 | Complex Commercial | 701 | Actions in Lieu of Prerogative Writs |
| 513 | Complex Construction | | |

### Multicounty Litigation (Track IV)

| | | | |
|---|---|---|---|
| 271 | Accutane/Isotretinoin | 601 | Asbestos |
| 274 | Risperdal/Seroquel/Zyprexa | 623 | Propecia |
| 281 | Bristol-Myers Squibb Environmental | 624 | Stryker LFIT CoCr V40 Femoral Heads |
| 282 | Fosamax | 625 | Firefighter Hearing Loss Litigation |
| 285 | Stryker Trident Hip Implants | 626 | Abilify |
| 286 | Levaquin | 627 | Physiomesh Flexible Composite Mesh |
| 289 | Reglan | 628 | Taxotere/Docetaxel |
| 291 | Pelvic Mesh/Gynecare | 629 | Zostavax |
| 292 | Pelvic Mesh/Bard | 630 | Proceed Mesh/Patch |
| 293 | DePuy ASR Hip Implant Litigation | 631 | Proton-Pump Inhibitors |
| 295 | AlloDerm Regenerative Tissue Matrix | 632 | HealthPlus Surgery Center |
| 296 | Stryker Rejuvenate/ABG II Modular Hip Stem Components | 633 | Prolene Hernia System Mesh |
| 297 | Mirena Contraceptive Device | | |
| 299 | Olmesartan Medoxomil Medications/Benicar | | |
| 300 | Talc-Based Body Powders | | |

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

**Please check off each applicable category**   ☐ Putative Class Action   ☐ Title 59   ☐ Consumer Fraud